IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DR. WILLIAM POLLACK,<br>on behalf of Plaintiff and<br>the class members defined herein,<br><br>Plaintiff,<br><br>v.<br><br>CAPITAL ACCOUNTS, LLC<br>and JOHN DOES 1-10,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) 21 C 6221<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Dr. William Pollack, voluntarily dismisses his individual and class claims without prejudice and without costs against defendant Capital Accounts, LLC. Plaintiff Dr. William Pollack voluntarily dismisses his claims against John Does 1-10 without prejudice and without costs.

Respectfully submitted,

*s/ Daniel A. Edelman*
Daniel A. Edelman

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200

<u>CERTIFICATE OF SERVICE</u>

   I, Daniel A. Edelman, certify that on December 3, 2021, I caused a true and accurate copy of the foregoing documents to be filed via the court's CM/ECF online system, and caused notice to be sent via U.S. Mail to the following:

   Capital Accounts, LLC
   4107 Mallory Lane, Suite 302
   Franklin, TN 37067

            <u>*s/ Daniel A. Edelman*</u>
            Daniel A. Edelman

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER
   & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200