# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

William Pollack

                        Plaintiff,

v.                                              Case No.: 1:21−cv−06221

                                                             Honorable Steven C. Seeger

Capital Accounts, LLC, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 6, 2021:

      MINUTE entry before the Honorable Steven C. Seeger: In light of the notice of voluntary dismissal (Dckt. No.[9]), the claims against Defendant Capital Accounts, LLC and John Does 1−10 are hereby dismissed without prejudice and without costs. Civil case terminated. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.